**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 15-cr-0179-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     ANTHONY WAYNE GARDNER

    Defendant.

---

**ORDER TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT**

---

    This matter is before the Court on the Government's Motion to Disclose Grand Jury Material (ECF No. 26), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I). HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same. It is, therefore,

    ORDERED that the Government's motion is GRANTED, and that grand jury testimony and grand jury documents may be disclosed to Defendant Gardner and his attorney in the course of discovery in this case. It is

    FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to Defendant and his attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated this 16th day of July, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge